FILED
UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

12 JUN 12 PM 3:11

CLERK-ALBUQUERQUE

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,      )    CIVIL NO. 12-cv-00457 KBM
                               )
        Plaintiff,             )
                               )
   v.                          )
                               )
$40,050.00 U.S. CURRENCY       )
                               )
        Defendant,             )
                               )
CARLOS ALEXIS MENDOZA          )
AKA CARLOS MORENO MENDOZA      )
                               )
        Claimant.              )

CARLOS ALEXIS MENDOZA hereby disclaims any right, title or interest if Defendant properties ($40,050.00 in U.S. Currency) on the condition that no costs or expenses be assessed against the undersigned; consents to entry of judgment for relief demanded in the complaint; waives notice of all further actions or proceedings.

DATED: 06/11/2012.

_____
CARLOS ALEXIS MENDOZA
Claimant