1  JAMES J. WARNER
   **Law Offices of James J. Warner**
2  State Bar No.: 63137
   3233 Third Avenue
3  San Diego, CA  92103
   Telephone No.:(619)243-7333
4  Facsimile No.:(619)243-7343
   Email.: jjwlaw@jwarnerlaw.com
5

6  Attorney for Claimant
   JEANS MENDOA-MORA
7

8                    UNITED STATES DISTRICT COURT
                    FOR THE DISTRICT OF NEW MEXICO
9

10 UNITED STATES OF AMERICA,    )    CIVIL NO.: 12-CV-00457
                                )
11        Plaintiff,            )
                                )    **VERIFIED CLAIM FOR FORFEITURE**
12     v.                       )
                                )
13 $40,050.00 U.S. CURRENCY     )
                                )
14        Defendant,            )
                                )
15 JEANS MENDOZA-MORA           )
                                )
16                              )
          Claimant.             )
17 _____)

18     Pursuant to Title 28, U.S.C. § 1345,1355, 1356 and Title 28,
19 U.S.C. § 1355 AND 1395, JEANS MENDOZA-MORA, makes demand for
20 restitution of the above-mentioned Defendant, $40,050.00 U.S.
21 CURRENCY, and claims the right to defend this action.  Claimant
22 possesses a legal and equitable interest in the Defendant's
23 property and his status is that of primary and direct legal owner
24 at the time of the seizure. This claim is not frivolous.
25     Attorney James J. Warner is duly authorized to make and
26 prosecute this claim on behalf of JEANS MENDOZA-MORA
27 ///
28 ///

1  I declare under penalty of perjury that the foregoing is true
2  and correct.

3  DATED: 6-1-2012

4  _____
   JEANS MENDOZA-MORA

6  DATED: 5-29-12

7  _____
   JAMES J. WARNER
8  Attorney for Claimant
   JEANS MENDOZA-MORA

1  JAMES J. WARNER, Esq. SBN 63137
   **Law Offices of James J. Warner**
2  3233 Third Avenue
   San Diego, Ca 92103
3  Telephone No.:(619)243-7333
   Facsimile No.:(619)243-7343
4  Email.: jjwlaw@jwarnerlaw.com

5  Attorney for Claimant
   JEANS MENDOZA-MORA

6

7               UNITED STATES DISTRICT

8            SOUTHERN DISTRICT OF CALIFORNIA

9  UNITED STATES OF AMERICA,        )   Case No.:12-cv-00457-JAP-WDS
                                    )
10          Plaintiff,               )
                                    )   **PROOF OF ELECTRONIC SERVICE**
11 vs.                              )
                                    )
12 $40,050.00 U.S. CURRENCY         )
                                    )
13         Defendant.               )
                                    )
14 _____ )
                                    )
   JEANS MENDOZA-MORA               )
15                                  )
           Claimant.                )
16 _____ )

17     I hereby certify that I electronically filed *Claimant's*

18 *Jeans Mendoza-Mora's Verified Claim For Forfeiture* with the clerk

19 of the Court using the Court's CM/ECF system, which will send a

20 notice of electronic filing to cynthia.weisman@usdoj.gov, and all

21 other parties of record.

22

23 DATED: June 20, 2012                    /s/ James J. Warner
                                           James J. Warner
24                                         Attorney for Defendant
                                           Jeans Mendoza Mora
25

26

27

28